16 pgs

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

**DWAYNE ANTHONY NOWLIN**
1218 Dillon Court
Capital Heights, MD 20743

    *Plaintiff,*

    v.

**THE DISTRICT OF COLUMBIA**
Serve: Office of the Attorney General
Karl Racine
441 4th Street, N.W.
Washington, D.C.  20001,


**CORRECTIONAL OFFICER SARGENT H. EKOWENNA**
**CENTRAL DETENTION FACILITY**
**1901 D Street SE**
**Washington, DC** 20003


**CORRECTIONAL OFFICER  EKOWENNA**
**CENTRAL DETENTION FACILITY**
**1901 D Street SE**
**Washington, DC 20003**


    *Defendants.*

FILED
CIVIL ACTIONS BRANCH

MAR 0 2 2015

Superior Court
of the District of Columbia
Washington, DC.

Case No:

**15 - 0 0 1 3 6 2**

JURY TRIAL DEMANDED

## COMPLAINT

(Seeking damages for Excessive Force and Negligence  by Corrections Officers: violation of
rights under the Constitution of the United States and the law of the District of Columbia)


### I. Introduction

1.    Mr. Nowlin was the victim of an unlawful assault on August 26, 2013. The

actions of Sgt. H. Ekowenna and unknown officers subjected him to assault and battery and

excessive use of force, causing him physical injuries to his back. District of Columbia officials



2015 CA 001362 B

were also negligent in their investigation and placement of the defendant in disciplinary/administrative segregation. As a foreseeable consequence, he lost his liberty and punished by being placed in segregation and did not receive physical therapy for several months causing him unnecessary pain and suffering in violation of his constitutional rights and rights under the laws of the District of Columbia.

## II. **Jurisdiction**

2.      This action is brought pursuant to 42 U.S.C. § 1983, and the Eight Amendment to the United States Constitution, and the common law of the District of Columbia.

3.      This Court has jurisdiction over this action pursuant to D.C. Code § 11-921 (1981 edition.)

4.      Notice was sent to the District of Columbia pursuant to D.C. Code § 12-309 on February 14, 2014 and received on February 19, 2014. Plaintiff Dwayne Nowlin at the time of the events alleged herein was a prisoner held in the Central Detention Facility and the Correctional Treatment Center in the District of Columbia and he was under disability pursuant to DC Code §12-302(a)(3) until he was released on March 4, 2014.

## III. **Parties**

5.      Plaintiff Dwayne Nowlin at the time of the events alleged herein was a prisoner held in the Central Detention Facility and the Correctional Treatment Center in the District of Columbia and he was released on March 4, 2014. He is currently an adult resident of Maryland.

6.      Defendant District of Columbia is a municipal corporation that operates and governs the Central Detention Facility or Jail. In the events involved in this case, the District of Columbia acted through its agents, employees and servants, including the other named defendants. The District is responsible under principals of respondeat superior.

2

7.     Defendants Sargent **H. Ekowenna** and Officer **Ekowenna** , are sworn

Correctional Officers of the District of Columbia, who participated in the events involved in this

action in the manner described below. At the time of the events at issue each of them was acting

under color of law. At the time of the events at issue each of them was acting within the scope of

his or her employment. Each of them is sued in his or her personal capacity and official capacity

as agents of the District of Columbia.

## IV. Factual Background

8. On August 26, 2013 at approximately 10:30 pm Dwayne Nowlin, an inmate in the DC

Jail DCDC #209-217, was being moved from the Northwest 3 housing unit in the Central

Detention Facility. In a hostile and threatening manner, Mr. Nowlin was told by Sgt. H.

Ekowenna to "shut the f*** up." Mr. Nowlin requested that Sgt. Ekowenna be more respectful to

him. A verbal exchange ensued but no threats were made by Mr. Nowlin.

9. Sgt. Ekowenna vindictively and without cause radioed in a "Code Blue", indicating to

other officers that he was in a state of duress, knowing that a special tactical team of offices

would arrive and physically subdue Mr. Nowlin using maximum force.  Mr. Nowlin did not wish

to escalate the situation any further, and raised his arms in the air to indicate his submission to

the guards.

10. Officer Ekowenna the son of Sgt. Ekowenna and approximately five unknown

officers, whose identities are known to the DC Jail Officials, approached Mr. Nowlin and used

excessive force on him despite his obvious submission.

11. The officers without due cause sprayed an inflammatory substance believed to be

pepper spracy into Mr. Nowlin's eyes, effectively blinding him, threw him to the ground and

gratuitously and viscously beat him with there fists and kicked him before placing him in

3

restraints. At no time did Mr. Nowlin resist. Mr. Nowlin was given disciplinary infractions and placed in administrative segregation.

12. As a result of this assault, Mr. Nowlin experienced severe pain in his lower back, hip, and right leg.

13. Despite writing three separate inmate grievances regarding the excessive force and inadequate medical attention in relation to the incident, Mr. Nowlin did not receive a timely response, and suffered as a result. Ultimately, all the Mr. Nowlin's grievances were denied. On September 5th, 2013 Mr. Nowlin was eventually given x-rays in relation to his injuries, but he was informed by the medical staff that an MRI would be needed, as his injuries suggested nerve damage.

14. On September 11th, Mr. Nowlin saw Dr. Lunderbye who ordered an MRI, therapy, and a cane as a result of the injuries sustained.

15. On September 20th, Mr. Nowlin met with a female health care provider about the unnecessary delay of his MRI. The she urged Mr. Nowlin to be patient and ordered pain medication.

16. October 20th, Mr. Nowlin received his MRI, which indicated L5-S1 disk disease and impingement of the S1 nerve root in his back.

17. Mr. Nowlin did not receive physical therapy until 11/14/13 almost three months after his injury and two months after it was ordered.

18. The injury to Mr. Nowlin's back was caused by the assault, battery and excessive force of the defendants and his prolonged pain and suffering without prompt treatment, including physical therapy within the D.C. Department of Corrections was a foreseeable consequence of said injuries and was caused by the defendants and defendant's unknown agents.

4

19. The District of Columbia had a duty to investigate the correctional officer's use of force and the circumstances surrounding their disciplinary infraction and the defendant's grievance concerning it. The District of Columbia failed to exercise reasonable care and secure video evidence of the code blue incident and use of force which would have exonerated the Mr. Nowlin and caused him to be released from segregation in a timely fashion.

## V. **Plaintiff's Injuries**

20. Defendants' actions are the proximate cause of Mr. Nowlin's injuries; including but not limited to, loss of liberty and placement in administrative/disciplinary segregation, a ruptured disc, limited use of his back, emotional distress, pain, and a diminished quality of life, inability to do physical labor and lost wages, medical costs, and other injuries and damages.

COUNT 1

(Excessive Force)

21. Plaintiff incorporates by reference paragraphs 1-20, as if set fully herein.

22. At all times relevant herein, defendant officers had a duty to employ reasonable measures in their interaction and treatment of the plaintiff.

23. Not withstanding said duties, the defendant officers and the District of Columbia through its employees or agents wrongfully and unlawfully used excessive and unreasonable force on the plaintiff, since no force whatsoever was warranted under the circumstances, nor was it authorized.

24. The District of Columbia, acting under color of law, approved and /or condoned the actions of the defendant officers thus , any and all liability on the part of the defendant officers is imputed to defendant District of Columbia under principles of respondeat superior.

5

25. As a direct and proximate result of the intentional and wrongful actions of the defendants, the plaintiff suffered server personal injuries.

Wherefore, plaintiff demands judgment against all defendants, jointly and severally, in the full and fair amount of Two Hundred and Fifty Thousand Dollars (\$ 250,000.00) in compensatory and punitive damages, plus interest and costs.

COUNT II

(Assault and Battery)

26. Plaintiff incorporates, by reference, paragraphs 1 through 20 as is fully set forth herein.

27. The defendants without proper grounds, willfully and maliciously beat plaintiff. Each of the injuries suffered by the plaintiff were inflicted without provocation from the plaintiff and while they were presenting no immediate threat to anyone.

28. As a direct and proximate result of defendants' willful, malicious and intentional actions, plaintiff suffered serious bodily injury.

Wherefore, plaintiff demands judgment against all defendants, jointly and severally, in the full and fair amount of Two Hundred and Fifty Thousand Dollars (\$ 250,000.00) in compensatory and punitive damages against the individual defendants, plus interest and costs.

COUNT III

(Negligence )

29. Plaintiff incorporates by reference paragraphs 1-19, as if set fully herein.

30. At all times relevant herein, defendant officers had a duty to employ reasonable measures in their interaction and treatment of the plaintiff and comply with established regulations and procedures.

6

31. Not withstanding said duties, the defendant officers and the District of Columbia through its employees or agents failed to exercise reasonable care and negligently used excessive and unreasonable force on the plaintiff, did not investigate and resolve his grievances in a timely manner and obtain video evidence which would have sustained his grievances and resulted in his release from administrative/disciplinary segregation since no force whatsoever was warranted under the circumstances, nor was it authorized.

32. The District of Columbia, acting under color of law, approved and /or condoned the actions of the defendant officers thus, any and all actions or inaction on the part of the named defendant officers or other Department of Corrections officials were acting as agents of the District of Columbia and are imputed to defendant District of Columbia under principles of respondeat superior.

33. As a direct and proximate result of the negligent and wrongful actions of the defendants, the plaintiff suffered server personal injuries.

Wherefore, plaintiff demands judgment against all defendants, jointly and severally, in the full and fair amount of Two Hundred and Fifty Thousand Dollars ($ 250,000.00) in compensatory damages, plus interest and costs.

COUNT IV

(Deprivation of Civil Rights, 42 U.S.C. § 1983)

34. Plaintiff incorporates, by reference, paragraphs 1 through 20 as is fully set forth herein.

35. Plaintiff further alleges that defendants Sgt. Ekowenn and Officer Ekowenn, acted with deliberate indifference to and reckless disregard for the safety and well-being of plaintiff and in violation of the Eight Amendment to the Constitution and unnecessarily and wantonly

7

inflicted pain on the plaintiff. The actions or inaction of the defendants were not in good faith and malicious or sadistic.

36. As a direct and proximate result of the actions and/or inactions of the individual defendants or their plaintiff was severely beaten and seriously injured.  Plaintiff Nowlin suffered discomfort, distress  and will continue to suffer, mental anguish including fright, shame, mortification, humiliation and embarrassment  from the indignity and disgrace of unlawfully assaulted as well as physical injuries, lost wages and medical expenses.

Wherefore, plaintiff demands judgment against individual defendants (not the District of Columbia), jointly and severally, in the full and fair amount of Two Hundred and Fifty Thousand Dollars (\$ 250,000.00) in compensatory and punitive damages, plus interest and costs and attorney's fees pursuant to 42 USC 1988.

## JURY DEMAND

Plaintiff demands a trial by jury of all claims.

Respectfully submitted,

Richard Seligman
DC Bar No. 296426
Law Office of Richard Seligman
1350 Connecticut Avenue N.W.
Suite 202
Washington D.C. 20036
Tel: 202-745-7800
Fax: 202-223-7005
Email: RickSelig@aol.com

8



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Dwayne Anthony Nowlin
_____
                        Plaintiff

                vs.                                      Case Number **15 - 0 0 1 3 6 2**

The District of Columbia
Serve: Karl Racine, Attorney General
_____
                        Defendant

### SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Richard Seligman
_____              _Clerk of the Court_
Name of Plaintiff's Attorney

Law Office of Richard Seligman              By _____

Address 1350 Conn. Ave. N.W. ,Suite 202                        Deputy Clerk

Washington D.C.20036
202-745-7800                                Date **3 2 15**
Telephone

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

                See reverse side for Spanish translation
                Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                      Demandante

contra

                                      Número de Caso: _____

_____
                                      Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                      _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                          Por: _____

_____
Dirección                                 Subsecretario

_____
                          Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                    CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

DWAYNE ANTHONY NOWLIN
_____
                                    Plaintiff

                    vs.                              Case Number **15 - 0 0 1 3 6** ?

Sgt. H. Ekowenna
CDF, 1901 D Street S.E.
~~Washington, DC 20003~~
_____
                                    Defendant

## SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Richard Seligman
Law Office of Richard Seligman
Name of Plaintiff's Attorney                    Clerk of the Court
1350 Conn. Ave. N.W., Suite 202
_____       By _____
Address                                                      Deputy Clerk
~~Washington, D.C. 20036~~
202-745-7800                            Date    3|2|15
_____
Telephone

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        **IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT.  IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.  IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                              CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                              Demandante
      contra

                                           Número de Caso: _____
_____
                              Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                           *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                           Por: _____
_____
Dirección                                                Subsecretario

_____
                                           Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요         የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

DWAYNE ANTHONY NOWLIN
_____
                                    Plaintiff

                vs.                                        Case Number **15 - 0 0 1 3 6 2**

Correctional Officer Ekowenna
CDF 1901 D Street SE
Washington , D.C. 20003
_____
                                    Defendant

## SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Richard Seligman
Law Officerof Richard Seligman                        *Clerk of the Court*
_____
Name of Plaintiff's Attorney
1350 Conn. Ave. N.W., Suite 202    By _____
_____                        Deputy Clerk
Address
Washington, D.C. 20036
W
_____
202-745-7800                        Date    3 | 2 | 15
Telephone

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                           Demandante
                    contra
                                                              Número de Caso: _____
_____
                                           Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                           Por: _____

_____
Dirección                                                      Subsecretario

_____
                                           Fecha _____
Teléfono

如需翻譯,請打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA.   SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._**

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                            CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

DWAYNE ANTHONY NOWLIN                    Case Number: __15 - 0 0 1 3 6 2__

vs                                       Date: _3/2/15_

THE DISTRICT OF COLUMBIA,ET AL    ☑ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| RICHARD SELIGMAN | ☑ Attorney for Plaintiff |
| Firm Name:   LAW OFFICE OF RICHARD SELIGMAN | ☐ Self (Pro Se) |
| Telephone No.:               Six digit Unified Bar No.: 202-745-7800      Bar No. 296426 | ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury      ☑ 6 Person Jury         ☐ 12 Person Jury
Demand: $ 250,000.00 _____        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____     Judge: _____     Calendar #:_____

Case No.:_____     Judge: _____     Calendar#:_____

---

**NATURE OF SUIT:**      *(Check One Box Only)*

**A. CONTRACTS**                                              **COLLECTION CASES**

☐ 01 Breach of Contract          ☐ 07 Personal Property          ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty          ☐ 09 Real Property-Real Estate  ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 12 Specific Performance       ☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 Special Education Fees      ☐ 13 Employment Discrimination  ☐ 18 OVER $25,000 Consent Denied
☐ 10 Mortgage Foreclosure/Judicial Sale

---

**B. PROPERTY TORTS**

☐ 01 Automobile              ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion              ☐ 04 Property Damage                   ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process          ☐ 09 Harassment                ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection   ☐ 10 Invasion of Privacy            Not Malpractice)
☑ 03 Assault and Battery       ☐ 11 Libel and Slander         ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury  ☐ 12 Malicious Interference ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)   ☐ 13 Malicious Prosecution  ☐ 20 Friendly Suit
☐ 06 False Accusation          ☐ 14 Malpractice Legal         ☐ 21 Asbestos
☐ 07 False Arrest              ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                     ☑ 16 Negligence- (Not Automobile,  ☐ 23 Tobacco
                                   Not Malpractice)             ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Oct 14

# Information Sheet, Continued

**C. OTHERS**

- 01 Accounting
- 02 Att. Before Judgment
- 04 Condemnation (Emin. Domain)
- 05 Ejectment
- 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- 08 Quiet Title
- 09 Special Writ/Warrants
  (DC Code § 11-941)

- 10 T.R.O./ Injunction
- 11 Writ of Replevin
- 12 Enforce Mechanics Lien
- 16 Declaratory Judgment
- 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- 18 Product Liability
- 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- 25 Liens: Tax/Water Consent Granted
- 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- 27 Insurance/ Subrogation
  Over $25,000 Pltf. Grants Consent
- 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- 29 Merit Personnel Act (OHR)
- 30 Liens: Tax/ Water Consent Denied
- 31 Housing Code Regulations
- 32 Qui Tam
- 33 Whistleblower
- 34 Insurance/Subrogation
  Over $25,000 Consent Denied

**II.**

- 03 Change of Name
- 06 Foreign Judgment
- 13 Correction of Birth Certificate
- 14 Correction of Marriage
  Certificate

- 15 Libel of Information
  19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
  20 Master Meter (D.C. Code §
  42-3301, et seq.)

- 21 Petition for Subpoena
  [Rule 28-I (b)]
- 22 Release Mechanics Lien
  23 Rule 27(a) (1)
  (Perpetuate Testimony)
  24 Petition for Structured Settlement
  25 Petition for Liquidation

_____
Attorney's Signature

3/2/15
_____
Date



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

DWAYNE ANTHONY NOWLIN
    Vs.                                                     C.A. No.        2015 CA 001362 B
THE DISTRICT OF COLUMBIA

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge JOHN M MOTT
Date:  March 2, 2015
Initial Conference: 10:00 am, Friday, May 08, 2015
Location:  Courtroom 517
               500 Indiana Avenue N.W.
               WASHINGTON, DC  20001                                Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Dwayne Anthony Nowlin

_____
                                                    Plaintiff

                          vs.
The District of Columbia                                          Case Number   15-001362
Serve: Office of the Attorney General
~~Karl Racine~~                              Defendant
441 4th street, N.W.                                              
Washington, DC 20001                     **SUMMONS**
To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive
of the day of service. If you are being sued as an officer or agency of the United States Government or the
District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment
by default may be entered against you for the relief demanded in the complaint.

Richard Seligman

**Law Office of Richard Seligman**                    *Clerk of the Court*
Name of Plaintiff's Attorney

1350 Connecticut Avenue, NW, Suite 202          By _____
Address                                                           Deputy Clerk
Washington, DC 20036

202-745-7800                                    Date _____

Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                          CASUM.doc





## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                    Demandante

contra

                                        Número de Caso: _____

_____
                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                            Por: _____
_____
Dirección                                   Subsecretario

_____
                            Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Dẻ có một bài dịch, hảy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     ያአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                    CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Dwayne Anthony Nowlin

_____
                                    Plaintiff

vs.

Correctional Sergeant Harrison Ekwonna
7501 Lake Glen Drive
~~Glenn Dale, MD 20769~~
_____
                                    Defendant

Case Number   **15-001362**   _____



### SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Richard Seligman
_Law Office of Richard Seligman_____
Name of Plaintiff's Attorney

1350 Connecticut Avenue, NW, Suite 202
_____
Address
Washington, DC 20036
_____

202-745-7800
_____
Telephone

Clerk of the Court

By _____
                                    Deputy Clerk

Date _____ 02/01/20,5 _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Đề có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                    CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección                                                                  Subsecretario

_____
Teléfono                                                                   Fecha _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오      ያስተረጉም ከፈለጉ በዚህ ስልክ ቁጥር (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Dwayne Anthony Nowlin
_____
                                          Plaintiff

vs.

Correctional Officer Chukwuemeka Ekwonna    Case Number    15-001362
7501 Lake Glen Drive
Glenn Dale, MD 20769
                                          Defendant

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.
Richard Seligman

Law Office of Richard Seligman                          _Clerk of the Court_
Name of Plaintiff's Attorney

1350 Connecticut Avenue, NW, Suite 202          By _____
Address                                                        Deputy Clerk
Washington, DC 20036

202-745-7800                                    Date    04/01/2015
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የትርጉም ጉዳዮች ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                    Demandante

          contra
                                              Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____
_____
Dirección                                      Subsecretario

_____
                              Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction      Dé có mòt bài dich, hãy gọi (202) 879-4828
        번역을 원하시면, (202) 879-4828 로 전화주십시오         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                    CASUM.doc

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

**DWAYNE ANTHONY NOWLIN**
1218 Dillon Court
Capital Heights, MD 20743

    *Plaintiff,*

    v.

**THE DISTRICT OF COLUMBIA**
Serve: Office of the Attorney General
Karl Racine
441 4th Street, N.W.
Washington, D.C. 20001,

**CORRECTIONAL OFFICER SERGEANT HARRISON EKWONNA**
7501 Lake Glen Drive
Glenn Dale, MD 20769

**CORRECTIONAL OFFICER CHUKWUEMEKA EKWONNA**
7501 Lake Glen Drive
Glenn Dale, MD 20769

    *Defendants.*

Case No: 15-001362

JURY TRIAL DEMANDED

RECEIVED
Civil Clerk's Office
APR 01 2015
Superior Court of the
District of Columbia
Washington, D.C.

FILED
CIVIL ACTIONS BRANCH
APR 01 2015
Superior Court of the
District of Columbia
Washington, D.C.

---

### AMENDED COMPLAINT

(Seeking damages for Excessive Force and Negligence by Corrections Officers: violation of rights under the Constitution of the United States and the law of the District of Columbia)

### I. Introduction

1.    Mr. Nowlin was the victim of an unlawful assault on August 26, 2013. The actions of Sgt. Harrison Ekwonna and unknown officers subjected him to assault and battery and excessive use of force, causing him physical injuries to his back. District of Columbia officials

were also negligent in their investigation and placement of the defendant in disciplinary/administrative segregation. As a foreseeable consequence, he lost his liberty and was punished by being placed in segregation and did not receive physical therapy for several months causing him unnecessary pain and suffering in violation of his constitutional rights and rights under the laws of the District of Columbia.

## II.  Jurisdiction

2.      This action is brought pursuant to 42 U.S.C. § 1983, and the Eight Amendment to the United States Constitution, and the common law of the District of Columbia.

3.      This Court has jurisdiction over this action pursuant to D.C. Code § 11-921 (1981 edition.)

4.      Notice was sent to the District of Columbia pursuant to D.C. Code § 12-309 on February 14, 2014 and received on February 19, 2014. Plaintiff Dwayne Nowlin at the time of . the events alleged herein was a prisoner held in the Central Detention Facility and the Correctional Treatment Center in the District of Columbia and he was under disability pursuant to DC Code §12-302(a)(3) until he was released on March 4, 2014.

## III.  Parties

5.      Plaintiff Dwayne Nowlin at the time of the events alleged herein was a prisoner held in the Central Detention Facility and the Correctional Treatment Center in the District of Columbia and he was released on March 4, 2014. He is currently an adult resident of Maryland.

6.      Defendant District of Columbia is a municipal corporation that operates and governs the Central Detention Facility or Jail. In the events involved in this case, the District of Columbia acted through its agents, employees and servants, including the other named defendants. The District is responsible under principals of respondeat superior.

2

7.      Defendants Sargent **Harrison Ekwonna** and Officer **Chukwuemcka Ekwonna** , are sworn Correctional Officers of the District of Columbia, who participated in the events involved in this action in the manner described below. At the time of the events at issue each of them was acting under color of law. At the time of the events at issue each of them was acting within the scope of his or her employment. Each of them is sued in his or her personal capacity and official capacity as agents of the District of Columbia.

## IV.  Factual Background

8.  On August 26, 2013 at approximately 10:30 pm Dwayne Nowlin, an inmate in the DC Jail DCDC #209-217, was being moved from the Northwest 3 housing unit in the Central Detention Facility. In a hostile and threatening manner, Mr. Nowlin was told by Sgt. Harrison Ekwonna to "shut the f*** up." Mr. Nowlin requested that Sgt. Harrison Ekwonna be more respectful to him. A verbal exchange ensued but no threats were made by Mr. Nowlin.

9. Sgt. Harrison Ekwonna vindictively and without cause radioed in a "Code Blue", indicating to other officers that he was in a state of duress, knowing that a special tactical team of offices would arrive and physically subdue Mr. Nowlin using maximum force. Mr. Nowlin did not wish to escalate the situation any further, and raised his arms in the air to indicate his submission to the guards.

10. Officer Chukwuemck Ekwonna, the son of Sgt. Harrison Ekwonna, and approximately five unknown officers, whose identities are known to the DC Jail Officials, approached Mr. Nowlin and used excessive force on him despite his obvious submission.

11. The officers without due cause sprayed an inflammatory substance believed to be pepper spray into Mr. Nowlin's eyes, effectively blinding him, threw him to the ground and gratuitously and viscously beat him with their fists and kicked him before placing him in

3

restraints. At no time did Mr. Nowlin resist. Mr. Nowlin was given disciplinary infractions and placed in administrative segregation.

12. As a result of this assault, Mr. Nowlin experienced severe pain in his lower back, hip, and right leg.

13. Despite writing three separate inmate grievances regarding the excessive force and inadequate medical attention in relation to the incident, Mr. Nowlin did not receive a timely response, and suffered as a result. Ultimately, all the Mr. Nowlin's grievances were denied. On September 5th, 2013 Mr. Nowlin was eventually given x-rays in relation to his injuries, but he was informed by the medical staff that an MRI would be needed, as his injuries suggested nerve damage.

14. On September 11th, Mr. Nowlin saw Dr. Lunderbye who ordered an MRI, therapy, and a cane as a result of the injuries sustained.

15. On September 20th, Mr. Nowlin met with a female health care provider about the unnecessary delay of his MRI. She urged Mr. Nowlin to be patient and ordered pain medication.

16. October 20th, Mr. Nowlin received his MRI, which indicated L5-S1 disk disease and impingement of the S1 nerve root in his back.

17. Mr. Nowlin did not receive physical therapy until 11/14/13, almost three months after his injury and two months after it was ordered.

18. The injury to Mr. Nowlin's back was caused by the assault, battery and excessive force of the defendants and his prolonged pain and suffering without prompt treatment, including physical therapy within the D.C. Department of Corrections was a foreseeable consequence of said injuries and was caused by the defendants and defendant's unknown agents.

4

19. The District of Columbia had a duty to investigate the correctional officer's use of force and the circumstances surrounding their disciplinary infraction and the defendant's grievance concerning it. The District of Columbia failed to exercise reasonable care and secure video evidence of the code blue incident and use of force which would have exonerated Mr. Nowlin and caused him to be released from segregation in a timely fashion.

### V. Plaintiff's Injuries

20. Defendants' actions are the proximate cause of Mr. Nowlin's injuries; including but not limited to, loss of liberty and placement in administrative/disciplinary segregation, a ruptured disc, limited use of his back, emotional distress, pain, and a diminished quality of life, inability to do physical labor and lost wages, medical costs, and other injuries and damages.

### COUNT I

### (Excessive Force)

21. Plaintiff incorporates by reference paragraphs 1-20, as if set fully herein.

22. At all times relevant herein, defendant officers had a duty to employ reasonable measures in their interaction and treatment of the plaintiff.

23. Not withstanding said duties, the defendant officers and the District of Columbia through its employees or agents wrongfully and unlawfully used excessive and unreasonable force on the plaintiff, since no force whatsoever was warranted under the circumstances, nor was it authorized.

24. The District of Columbia, acting under color of law, approved and /or condoned the actions of the defendant officers thus, any and all liability on the part of the defendant officers is imputed to defendant District of Columbia under principles of respondeat superior.

5

25. As a direct and proximate result of the intentional and wrongful actions of the defendants, the plaintiff suffered server personal injuries.

Wherefore, plaintiff demands judgment against all defendants, jointly and severally, in the full and fair amount of Two Hundred and Fifty Thousand Dollars ($ 250,000.00) in compensatory and punitive damages, plus interest and costs.

## COUNT II

### (Assault and Battery)

26. Plaintiff incorporates, by reference, paragraphs 1 through 20 as is fully set forth herein.

27. The defendants without proper grounds, willfully and maliciously beat plaintiff. Each of the injuries suffered by the plaintiff were inflicted without provocation from the plaintiff and while he was presenting no immediate threat to anyone.

28. As a direct and proximate result of defendants' willful, malicious and intentional actions, plaintiff suffered serious bodily injury.

Wherefore, plaintiff demands judgment against all defendants, jointly and severally, in the full and fair amount of Two Hundred and Fifty Thousand Dollars ($ 250,000.00) in compensatory and punitive damages against the individual defendants, plus interest and costs.

## COUNT III

### (Negligence)

29. Plaintiff incorporates by reference paragraphs 1-19, as if set fully herein.

30. At all times relevant herein, defendant officers had a duty to employ reasonable measures in their interaction and treatment of the plaintiff and comply with established regulations and procedures.

6

and unnecessarily and wantonly inflicted pain on the plaintiff. The actions or inaction of the defendants were not in good faith and were malicious or sadistic.

36. As a direct and proximate result of the actions and/or inactions of the individual defendants the plaintiff was severely beaten and seriously injured. Plaintiff Nowlin suffered discomfort, distress and will continue to suffer, mental anguish including fright, shame, mortification, humiliation and embarrassment from the indignity and disgrace of being unlawfully assaulted as well as physical injuries, lost wages and medical expenses.

Wherefore, plaintiff demands judgment against individual defendants (not the District of Columbia), jointly and severally, in the full and fair amount of Two Hundred and Fifty Thousand Dollars ($ 250,000.00) in compensatory and punitive damages, plus interest and costs and attorney's fees pursuant to 42 USC 1988.

### JURY DEMAND

Plaintiff demands a trial by jury of all claims.

Respectfully submitted,

Richard Seligman
DC Bar No. 296426
Law Office of Richard Seligman
1350 Connecticut Avenue N.W.
Suite 202
Washington D.C. 20036
Tel: 202-745-7800
Fax: 202-223-7005
Email: RickSelig@aol.com

8